UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

AMIT MATHUR,
and ENTRUST CAPITAL MANAGEMENT, INC.

    Defendants,

and

AMR REALTY, LLC

    Relief Defendant.

CIVIL ACTION
NO. 05-10729 MLW

**EMERGENCY MOTION**
**ORAL ARGUMENT REQUESTED**

---

## PLAINTIFF'S EMERGENCY MOTION FOR A NOTICED TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, ORDER FREEZING ASSETS AND OTHER EQUITABLE RELIEF

Pursuant to Fed. R. Civ. P. 65(b), Plaintiff Securities and Exchange Commission ("Commission") respectfully moves for the entry of the proposed Temporary Restraining Order, Order Freezing Assets and Other Equitable Relief ("Order") against Defendants Amit Mathur ("Mathur") and Entrust Capital Management, Inc. ("Entrust") and Relief Defendant AMR Realty, LLC. ("AMR Realty"), filed herewith.

Specifically, the Commission moves the Court to enter the proposed Order that:

1.     temporarily restrains Defendants from violating Section 17(a) of the Securities Act of 1933 ("Securities Act"), Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 10b-5 thereunder, and Sections 206(1) and

206(2) of the Investment Advisers Act of 1940 ("Advisers Act");

2. freezes the assets of the Defendants and Relief Defendant;

3. requires that the Defendants and Relief Defendant file a written accounting;

4. prohibits the destruction of evidence;

5. provides for repatriation of funds related to the alleged fraud located outside of the United States;

6. provides for expedited discovery; and

7. orders other equitable relief.

The grounds for this Motion are set forth in the Memorandum of Law in Support of its Motion and the Appendix, filed herewith.

## II.

Plaintiff also moves for the issuance of a Preliminary Injunction, Asset Freeze and Other Equitable Relief against Defendants Mathur and Entrust and Relief Defendant AMR Realty, after notice and a hearing.

## III.

The Commission has notified Defendants Mathur and Entrust and Relief Defendant AMR of the filing of this action by calling counsel for Entrust and AMR Realty, John Sten, Esq., and counsel for Defendant Mathur, Gary Crossen, Esq., and by transmitting copies of the Complaint, this Motion, the Commission's Memorandum of Law in Support of its Motion, the Appendix, and the proposed Orders.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), the Commission hereby requests that the Court hear oral

argument on Plaintiff Securities and Exchange Commission's Noticed Motion for a Temporary Restraining Order, Preliminary Injunction, Order Freezing Assets and Other Equitable Relief.

        Respectfully submitted,

---

R. Daniel O'Connor (Mass. Bar. No. 634207)
Senior Trial Counsel
oconnord@sec.gov
Steven Y. Quintero (Mass. Bar No. 632079)
Branch Chief
quinteros@sec.gov
Risa A. King (Mass. Bar No. 648217)
Enforcement Attorney
kingr@sec.gov

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
73 Tremont Street, Suite 600
Boston, MA 02108
(617) 573-8900
(617) 424-5940 (facsimile)

Dated: April 12, 2005

## Certification Pursuant to Fed. R. Civ. P. 65(b) and Local Rule 7.1(A)(2)

I, R Daniel O'Connor, certify that I have conferred with opposing counsel and attempted in good faith to resolve or narrow the issue presented by this motion.

Dated: April 12, 2005

_____
R. Daniel O'Connor


## Certificate of Service

I, R. Daniel O'Connor, hereby certify that on April 12, 2005, a true and correct copy of the foregoing PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICED MOTION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, ORDER FREEZING ASSETS AND OTHER EQUITABLE RELIEF, MEMORANDUM OF LAW IN SUPPORT THEREOF, APPENDIX, and [PROPOSED] TEMPORARY RESTRAINING ORDER, ORDER FREEZING ASSETS AND OTHER EQUITABLE RELIEF, PROPOSED PRELIMINARY INJUNCTION, ORDER FREEZING ASSETS AND OTHER EQUITABLE RELIEF, and COMPLAINT was served by hand delivery upon counsel for Defendants Amit Mathur and Entrust Capital Management, Inc. and Relief Defendant, AMR Realty, LLC.

Dated: April 12, 2005

_____
R. Daniel O'Connor