UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-10729

| Securities Exchange Commission | Amit Mathur et al |
| PLAINTIFF | DEFENDANT |
| Daniel O'Connor | Gary Crossen |
| Steven Quintero | John Sten |
| Risa King | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Fowlkes

CLERK'S NOTES

| DATES: | Status Conference |
|---|---|
| 4/19/05 | Court listens to the parties regarding the consent motion for entry of a preliminary injunction |
| | Court signs the consent order for preliminary injunction. |
| | Parties request a few additional weeks before setting a schedule for the remainder of the case. |
| | Court schedules a 16b conference for may 19, 2005 at 4:00 PM. |