≈AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

Securities and Exchange Commission

V.

Amit Mathur, Entrust Capital Management, Inc. (Defendants)
and AMR Realty LLC (Relief Defendant)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10729 MLW

TO: (Name and address of Defendant)

AMR Realty LLC

Worcester, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

R. Daniel O'Connor
Securities and Exchange Commission
73 Tremont Street, Suite 600
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE    APR 1 2 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4-18-05 |
| NAME OF SERVER (PRINT) DANIEL O'CONNOR | TITLE TRIAL COUNSEL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _Counsel for defendants acknowledge service of all papers and waive service pursuant to FRCP 4(d) and consent to entry of P.I and agree to answer within 45 days_

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-18-05        _[signature] Daniel_
            Date            Signature of Server

            73 Tremont St. Boston, MA 02108
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.