≈AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Securities and Exchange Commission

**SUMMONS IN A CIVIL CASE**

V.

Amit Mathur, Entrust Capital Management, Inc. (Defendants)
and AMR Realty LLC (Relief Defendant)

CASE NUMBER:

05-10729 MLW

TO: (Name and address of Defendant)

Entrust Capital Management, Inc.

Worcester, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

R. Daniel O'Connor
Securities and Exchange Commission
73 Tremont Street, Suite 600
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

APR 12 2005

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 4-18-05 |
| NAME OF SERVER (PRINT) DANIEL O'CONNOR | TITLE TRIAL COUNSEL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Counsel for defendant acknowledge service of all papers and waive service pursuant to FRCP 4(d) and consent to entry of P.I. and agree to file answer within 45 days.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-18-05   [signature]
              Date      Signature of Server

73 Tremont St., Boston, MA 02108
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.