UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff<br>v.<br><br>AMIT MATHUR and<br>ENTRUST CAPITAL MANAGEMENT, INC.,<br>    Defendants<br>and<br><br>AMR REALTY, LLC,<br><br>    Relief Defendant. | No. 05-CV-10729 MLW |

### ASSENTED-TO MOTION OF DEFENDANT AMIT MATHUR TO MODIFY ORDER OF PRELIMINARY INJUNCTION

The Defendant, Amit Mathur ("Mathur"), with the assent of all other parties, hereby moves to modify the Order of Preliminary Injunction entered by the Court on April 19, 2005 (the "Order") to extend the time in which the defendants Mathur and Entrust Capital Management, Inc. ("Entrust") and the relief defendant AMR Realty, LLC, must serve upon the plaintiff Securities and Exchange Commission (the "SEC") an accounting as provided in Section IX of the Order, until the close of business on Monday, May 16, 2005. In support of this Motion, the defendant Mathur states:

1.    Section IX of the Order provides that "Mathur, Entrust, and AMR shall each submit in writing and serve upon the [SEC], within fifteen (15) business days following entry of this Order upon them, an accounting, which accounting will not constitute any waiver of any rights that Mathur may have under the Fifth Amendment to the Constitution . . . ." Per the terms of the Order, the date the accounting was due was May 10, 2005.

2.  Counsel for Mathur has consulted with the SEC and obtained its assent to the requested extension. Counsel for Entrust has also give his assent to this Motion. No party will be prejudiced by the requested extension.

**WHEREFORE**, Mathur, with the assent of all parties, requests that the Order be modified to extend the time in which the defendants and the relief defendant must submit an accounting to the SEC up to and including the close of business Monday, May 16, 2005.

Respectfully submitted,
**AMIT MATHUR and
AMR REALTY, LLC**
by their attorneys

/s/ Nur-ul-Haq
Gary C. Crossen, BBO No. 106580
gcrossen@rubinrudman.com
Nur-ul-Haq, BBO No. 647448
nurulhaq@rubinrudman.com
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110
(617) 330-7000
(617) 439-9556 (facsimile)

**ASSENTED-TO:**

**THE SECURITIES AND EXCHANGE COMMISSION,**
by its attorneys

/s/ R. Daniel O'Connor (NUH)
R. Daniel O'Connor, BBO No. 634207
oconnord@sec.gov
Steven Y. Quintero, BBO No. 632079
quinteros@sec.gov
Risa A. King, BBO No. 648217
kingr@sec.gov
Securities and Exchange Commission
73 Tremont Street, Suite 600
Boston MA 02108
(617) 573-8900
(617) 424-5940 (facsimile)

**ENTRUST CAPITAL MANAGEMENT, INC.,**
by its attorney

/s/ John A. Sten (NUH)
John A. Sten, BBO No. 249577
stenj@gtlaw.com
Greeenburg Trauig, LLP
One International Place, 3d Floor
Boston, Massachusetts 02110
(617) 310-6000
(617) 310-6001 (facsimile)

Dated: May 12, 2005

651261_1