UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE
COMMISSION,
    Plaintiff

v.

AMIT MATHUR and
ENTRUST CAPITAL MANAGEMENT,
INC.,
    Defendants
and

AMR REALTY, LLC,

    Relief Defendant.

No. 05-CV-10729 MLW

**RULE 16.1 CERTIFICATION OF DEFENDANT AMIT MATHUR AND RELIEF DEFENDANT AMR REALTY, LLC**

Pursuant to Local Rule 16.1(D)(3), the defendant Amit Mathur and relief defendant AMR Realty, LLC hereby certify that they have conferred with counsel: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

_____
Amit Mathur, Individually and as Manager
of AMR Realty, LLC

_____
Gary C. Crossen, BBO #106580
Nur-ul-Haq, BBO #647448
RUBIN AND RUDMAN LLP
50 Rowes Wharf
Boston, MA 02110
(617) 330-7000

Dated  May 12, 2005

651260_1