UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SECURITIES & EXCHANGE COMMISSION**          **CIVIL  CASE**
                                              **NO. 05-10729-MLW**

V.

**AMIT MATHUR et al**
            **Defendant(s)**

**WOLF, D.J.**          **NOTICE OF RESCHEDULING/CANCELLATION**

The **SCHEDULING CONFERENCE** previously scheduled for **MAY 19, 2005** at **4:00 P.M.** before Judge **Wolf**, has been RESCHEDULED for **MAY 19, 2005** at **11:00 AM** in courtroom 10 on the 5th floor.

                                              SARAH A. THORNTON
                                              CLERK OF COURT

**May 16, 2005**                    By:  **/s/ Dennis O'Leary**
**Date**                                  **Deputy Clerk**

**Notice mailed to:**

(notice.frm - 10/96)                                              [ntchrgcnf.]