UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE
COMMISSION,
          Plaintiff

v.

AMIT MATHUR and
ENTRUST CAPITAL MANAGEMENT,
INC.,
          Defendants
and

AMR REALTY, LLC,

          Relief Defendant.

No.  05-CV-10729 MLW

## ASSENTED-TO MOTION TO CONTINUE SCHEDULING CONFERENCE

The defendants Amit Mathur (Mathur) and Entrust Capital Management, Inc. ("Entrust")

and relief defendant AMR Realty, LLC ("AMR") (collectively, the "Defendants") hereby jointly

move with the assent of the plaintiff Securities and Exchange Commission (the "Commission"),

to continue the scheduling conference currently scheduled for Thursday, May 19, 2005 at 11 a.m.

until May 25th or 26th or some other date the court finds convenient due to conflicts in counsels'

schedule.  In support of their motion the Defendants state:

1.      A scheduling conference for Thursday May 19, 2005 at 4 p.m. was set by the court after a

hearing held on April 19, 2005.  The parties filed a joint statement pursuant to L.R. 16.1 with the

court on May 12, 2005, along with a proposed order setting forth proposed deadlines for

litigation events in this matter.

2.      On May 16, 2005, the court, by electronic notification, informed the parties that the

scheduling conference was to be rescheduled for 11 a.m. on May 19th.  Gary Crossen, lead

counsel for the defendant Mathur and relief defendant AMR, is currently on trial in the matter of

*Kamborian v. Becka, et al.*, Civil Action No. 97-02515 in Lawrence Superior Court the mornings of this week, including the morning of May 19, and is therefore unable to attend the scheduling conference at the new time. John Sten, lead counsel for the defendant Entrust will be returning from an out-of-town engagement the morning of May 19, and, likewise, is unable to attend the scheduling conference at 11 a.m. on May 19.

3.      The parties have consulted on alternate dates, and propose the morning of May 25, 2005 before 1 p.m. and any time on May 26, 2005 as being convenient for all parties.

4.      The Commission assents to this Motion. This is the first request for a continuance in this case, and no party will be prejudiced by the allowance of the requested continuance.

        **WHEREFORE,** the Defendants, jointly, and with the assent of the Plaintiff, request that the scheduling conference set for May 19, 2005 at 11 a.m. be continued until either the morning of May 25, 2005 before 1 p.m. or any time on May 26, 2005 or some other date the court finds convenient.

Respectfully submitted,

**AMIT MATHUR and**                        **ENTRUST CAPITAL**
**AMR REALTY, LLC**                        **MANAGEMENT, INC.,**

by their attorneys,                         by its attorneys,

/s/ Nur-ul-Haq                              /s/ Kay B. Lee (NUH)
Gary C. Crossen, BBO No. 106580             John A. Sten, Esq. BBO No. 629577
gcrossen@rubinrudman.com                    stenj@gtlaw.com
Nur-ul-Haq, BBO No. 647448                  Kay B. Lee, Esq. BBO No. 647224
nurulhaq@rubinrudman.com                    leeka@gtlaw.com
Rubin and Rudman LLP                        Greenberg Traurig, LLC
50 Rowes Wharf                              One International Place, 20th Floor
Boston, MA 02110                            Boston, MA 02110
(617) 330-7000                              (617) 310-6000
(617) 439-9556 (facsimile)                  (617)310-6001 (facsimile)

651697_1                              2

ASSENTED-TO:

**THE SECURITIES AND EXCHANGE COMMISSION,**
by its attorneys

/s/ R. Daniel O'Connor (NUH)
R. Daniel O'Connor, BBO No. 634207
oconnord@sec.gov
Steven Y. Quintero, BBO No. 632079
quinteros@sec.gov
Risa A. King, BBO No. 648217
kingr@sec.gov
Securities and Exchange Commission
73 Tremont Street, Suite 600
Boston MA 02108
(617) 573-8900
(617) 424-5940 (facsimile)


Dated: May 17, 2005