UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff<br><br>v.<br><br>AMIT MATHUR and<br>ENTRUST CAPITAL MANAGEMENT, INC.,<br>    Defendants<br>and<br><br>AMR REALTY, LLC,<br><br>    Relief Defendant. | No. 05-CV-10729 MLW |

## [PROPOSED] ORDER ALLOWING LIMITED RELIEF FROM ORDER OF PRELIMINARY INJUNCTION

This court upon Joint Motion of the plaintiff Securities and Exchange Commission ("SEC" or the "Commission"), the defendant Amit Mathur ("Mathur") and relief defendant AMR Realty LLC ("AMR") hereby orders limited relief from the Order of Preliminary Injunction, entered April 19, 2005 as follows:

1. Mathur, on behalf of AMR, may enter into an assignment, with an unrelated bona fide third party assignee, for approximately $500,000.00, of a Purchase and Sale Agreement, dated October 12, 2004, for the purchase of three parcels of land located on or near Mark Circle, Worcester, Massachusetts ("Parcel #1", "Parcel #2", "Parcel #3" and "Parcel #4" respectively).

2. The proceeds of the assignment shall be distributed so that $425,000.00 shall be paid towards the purchase of the property at closing and the remaining proceeds, totaling approximately $75,000.00, shall be paid to AMR, to then be transferred into an escrow account held at Rubin and Rudman, LLP pending the resolution of this lawsuit.

656645_1

   3.    No proceeds of the assignment may be put to the use of Mathur personally, AMR, or the defendant Entrust Capital Management, Inc. or any other person or entity related or affiliated with the defendants or relief defendant.

   **IT IS SO ORDERED.**

ENTERED THIS 24th DAY OF JUNE, 2005.

                                                    _____
                                                    Mark L. Wolf, District Judge

656645_1