UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> AMIT MATHUR, RAJEEV JOHAR : <br> and ENTRUST CAPITAL MANAGEMENT, INC. : <br> : <br> Defendants, : <br> : <br> and : <br> : <br> AMR REALTY, LLC : <br> : <br> Relief Defendant. : | CIVIL ACTION <br> NO. 05-CV-10729 MLW |

**Joint Statement and Revised Proposed Discovery Plan**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1, counsel for plaintiff United States Securities and Exchange Commission (the "SEC"), and counsel for defendants Amit Mathur, Rajeev Johar, and Entrust Capital Management, Inc. and Relief Defendant AMR Realty, LLC ("Defendants") submit this Joint Statement and Proposed Discovery Plan.

**I. Rule 26(f) Conference of the Parties**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(b), counsel for the SEC and defense counsel for Defendants have met and spoke on several occasions to discuss: (i) the nature and basis for their claims and defenses; (ii) the possibility for a prompt settlement or resolution of the case; (iii) to arrange for the disclosures required by Rule 26(a)(1); (iv) to develop a proposed pretrial plan for the case that includes a discovery plan; (v) to prepare an agenda of items to be discussed at the scheduling conference; and (vi) to consider whether they will consent to trial by

magistrate judge. Pursuant to Local Rule 16.1(c), the SEC has provided settlement proposals to each of the Defendants.

## II. Proposed Schedule

The parties request that the Court adopt the following schedule, and have submitted herewith a proposed Scheduling Order using the Court's ordinary format that is consistent with the below dates:

| EVENT | DATE |
| --- | --- |
| Defendants and Relief Defendant's Response to the Amended Complaint, including any Dispositive Motions, except Motions for Summary Judgment | October 14, 2005 |
| Initial Disclosures | October 14, 2005 |
| Completion of Fact Discovery | March 24, 2006 |
| Plaintiff's Fed. R. Civ. P. 26 Expert Disclosures | April 28, 2006 |
| Defendants' Expert Disclosures | June 2, 2006 |
| Completion of All Discovery | July 28, 2006 |
| Counsel confer and file a report as to prospectus for settlement and whether either party feels there is a proper basis for summary judgment. | September 1, 2006 |
| Scheduling conference attended by trial counsel with full settlement authority, at which if necessary a schedule will be established for summary judgment motions. | September 5, 2006 at 10 a.m. |
| Final Pre-Trial Conference | September 11, 2006 at 10 a.m. |
| Trial | September 18, 2006 |

**III.**     **Trial By Magistrate**

The parties are not willing to consent to a trial by magistrate judge.

**IV.**     **Depositions**

The parties agree that for the purposes of the discovery the defendants and the relief defendant constitute a group of parties with a common interest and that the parties may depose each of the individuals and/or entities that invested with the defendants, the defendants, and up to ten other individuals or entities.   The parties may serve discovery requests beyond these limitations with: (i) the assent of all parties, or (ii) the Court's approval.

**V.**     **Certifications**

The SEC, through its undersigned counsel, certifies that it is aware of the potential costs that may be associated with this litigation and the availability of alternative dispute resolution procedures.  Counsel for Defendants certify that they have conferred with their respective clients: (a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation; and (b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4. Defendants' signed certifications are going to be filed separately.

**VI.  Scheduling Conference**

All counsel are available between October 3 and October 6, 2005 to attend a scheduling hearing in this matter.

Respectfully submitted,

| | |
|---|---|
| /s/ R. Daniel O'Connor<br>R. Daniel O'Connor, Esq<br>(Mass.Bar. No. 634207)<br>Senior Trial Counsel<br>oconnord@sec.gov<br>Steven Y. Quintero, Esq.<br>(Mass. Bar No. 632079)<br>Assistant District Administrator<br>quinteros@sec.gov<br>Risa A. King, Esq.<br>(Mass. Bar No. 648217)<br>Enforcement Attorney<br>kingr@sec.gov<br>Attorneys for Plaintiff<br>SECURITIES AND EXCHANGE COMMISSION<br>73 Tremont Street, Suite 600<br>Boston, MA  02108<br>(617) 573-8900<br>(617) 424-5940 (facsimile) | /s/ Gary C. Crossen (do)<br>Gary C. Crossen, Esq.<br>(Mass. Bar. No. 106580)<br>gcrossen@rubinrudman.com<br>Rubin and Rudman LLP<br>50 Rowes Wharf<br>Boston, Massachusetts 02110<br>(617) 330-7036<br>(617) 330-7550 (facsimile)<br>Counsel for Defendant Amit Mathur and Relief Defendant AMR Realty, LLC<br><br>/s/ John A. Sten (do)<br>John A. Sten, Esq.<br>(Mass. Bar. No. 249577)<br>stenj@gtlaw.com<br>Greeenburg Traurig, LLP<br>One International Place<br>3rd Floor<br>Boston, Massachusetts 02110<br>(617) 310-6283<br>(617) 310-6001 (facsimile)<br>Counsel for Defendant Entrust Capital Management, LLC |
| Dated: September 19, 2005 | /s/ Steven N. Fuller (do)<br>Steven N. Fuller, Esq.<br>(Mass. Bar. No.5550224)<br>Sfuller@rnixonpeabody.com<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, Massachusetts 02110<br>(617) 345-1349<br>(866) 947-1911 (facsimile)<br>Counsel for Defendant Rajeev Johar |