UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>SECURITIES & EXCHANGE COMMISSION</u>

CIVIL ACTION
NO.  <u>05-10729-MLW</u>

v

<u>AMIT MATHUR et al</u>

<u>NOTICE</u>

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-entitled case has been set for a <u>16b SCHEDULING CONFERENCE</u> on <u>OCTOBER 3, 2005</u> at <u>10:00</u> A.M. before Judge <u>WOLF</u> in Courtroom # <u>10</u> on the <u>5th</u> floor.

SARAH THORNTON, CLERK

<u>September 29, 2005</u>           By:   <u>/s/ Dennis O'Leary</u>
Date                                    Deputy Clerk

Notice mailed to:
(notice.frm - 10/96)                                       [ntchrgcnf.]