UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT -3  A 9: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| AMIT MATHUR, RAJEEV JOHAR and ENTRUST ) | CIVIL ACTION NO.: |
| CAPITAL MANAGEMENT, INC., ) | 05-cv-10729-MLW |
| ) | |
| Defendants ) | |
| ) | |
| and ) | |
| ) | |
| AMR REALTY, LLC ) | |
| ) | |
| Relief Defendant ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Steven N. Fuller and Christine Vargas Suthoff as counsel for Defendant Rajeev Johar in the above-referenced matter.

RAJEEV JOHAR,
By his attorneys,

*/s/ Suthoff*

Steven N. Fuller, Mass. Bar. No. 550224
Christine Vargas Suthoff, Mass. Bar No. 658916
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

Dated: October 3, 2005

BOS1527275.1

## CERTIFICATE OF SERVICE

I, Christine Vargas Suthoff, do hereby certify that this Notice of Appearance was served by first-class mail this 3rd day of October, 2005 upon:

R. Daniel O'Connor, Esq.
Senior Trial Counsel
Steven Y. Quintero, Esq.
Branch Chief
Risa A. King, Esq.
Enforcement Attorney
Securities and Exchange Commission
73 Tremont Street, 6th Floor
Boston, MA  02108

_____
Christine Vargas Suthoff