UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff<br>v.<br><br>AMIT MATHUR and<br>ENTRUST CAPITAL MANAGEMENT, INC.,<br>    Defendants<br>and<br><br>AMR REALTY, LLC,<br><br>    Relief Defendant. | No. 05-CV-10729 MLW |

**INITIAL DISCLOSURE OF THE DEFENDANT
AMIT MATHUR AND OF RELIEF DEFENDANT AMR REALTY, LLC
<u>PURSUANT TO FED. R. CIV. P. 26(a)(1)</u>**

The defendant Amit Mathur ("Mathur") and relief defendant AMR Realty, LLC hereby make their initial disclosures in accordance with Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2 without waiving any rights to make objections based upon the attorney-client privilege, the work product doctrine or other appropriate objections.

A.    **Identification of Persons Likely to Have Discoverable Information: Fed. R. Civ. P. 26(a)(1)(A)**

Jeffrey Turco
Court Road
Winthrop, MA

Robert Zannotti
26 Roman Drive
Shrewsbury, MA 01545
(508) 962-9964

Rajeev Johar

Ray Frias
South Lennos St
Worcester MA

John Clifford
Kimball & Cross Investment Management Corp.
50 Congress Street
Suite 721
Boston, MA 02109

Entrust Investors

David Massad

Pamela Massad

Suzanne Benoit

Philip Massad

Elaine Osgood

William Isola

Steven LaGrasso

Alok Mathur

Naveen Mathur

Poonam Gupta

Scott Wolfe

Antonio Corapi

Herb Ingram

Elie Sakhat

Usha Mathur

Francis Turo

Gurvinder Paintal

Kevin Yarbor

Heidi and Anthony Bello

Tax Preparation Professionals

Cameron, Hines & Hartt of West Monroe, Louisiana – tax preparation

Al Bisceglia – tax preparation of 1099's for Entrust
44 Front Street
Worcester, MA 01608
508-799-2491

**B.   Identification of Documents: Fed. R. Civ. P. 26(a)(1)(B)**

The categories of documents listed below have either already been produced to the Plaintiff, or are in the possession of Mr. Mathur or his attorneys.

Documents Related to Bank Accounts over which Mathur has Control

| | | |
|---|---|---|
| Commerce Bank and Trust | Entrust Capital Management, Inc. | 7141763 |
| | AMR Realty, LLC | 7190411 |
| | Amit Mathur | 65047160 |
| | Amit Mathur/Shruti Mathur | 92273644 |
| | Amit Mathur as Custodian for | |
| | Reeya K. Mathur[1] | 9002383 |
| Citizen's Bank | Amit Mathur | 1304786207 |
| Lord Krishna Bank, Jaipur, India | Amit Mathur | 032400400000029 |
| Smith Barney Citigroup | Amit Mathur | 338-04428-13 016 |
| IRA account with Merrill Lynch, Worcester office | Amit Mathur | 802-99303 |

Documents related to Entrust Client Investments, including Investment Agreements

Business Records of AMR Realty, LLC

---

[1]   Custodial account for the benefit of Ms. Mathur under the Massachusetts Uniform Transfers to Minors Act.

674516_1                                                                 3

<u>Business Records of Entrust Capital Management, Inc.</u>

**C.     Computation of Damages: Fed R. Civ. P. 26(a)(1)(C)**

NOT APPLICABLE

                                                         Respectfully submitted,

                                                         AMIT MATHUR AND
                                                         AMR REALTY, LLC
                                                         by their attorneys,

                                                         <u>/s/ Gary C. Crossen</u>
                                                         Gary C. Crossen, BBO No. 106580
                                                         gcrossen@rubinrudman.com
                                                         Nur-ul-Haq, BBO No. 647448
                                                         nurulhaq@rubinrudman.com
                                                         Rubin and Rudman LLP
                                                         50 Rowes Wharf
                                                          Boston, MA 02110
                                                         (617) 330-7000
                                                         (617) 439-9556 (facsimile)

Dated: October 14, 2005