UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>      Plaintiff<br>v.<br><br>AMIT MATHUR and<br>ENTRUST CAPITAL MANAGEMENT, INC.,<br>      Defendants<br>and<br><br>AMR REALTY, LLC,<br><br>      Relief Defendant. | No. 05-CV-10729 MLW |

**JOINT NOTIFICATION OF DEFENDANT AMIT MATHUR
AND PLAINTIFF SECURITIES AND EXCHANGE COMMISSION
OF MATHUR'S INTENTION TO SELL PRIMARY RESIDENCE**

The Defendant, Amit Mathur ("Mathur"), jointly with the Plaintiff Securities and Exchange Commission ("SEC"), hereby notifies the court of his intention to sell his primary residence located at 54 Colonial Drive, Shrewsbury, Massachusetts, subject to certain agreed-upon conditions requested by the SEC. In accordance with these conditions, Mathur will take the following steps:

1. The broker employed by Mr. Mathur will be informed of the pendency of this matter, and the existence of the Preliminary Injunction Order entered by this Court on April 19, 2005. The broker will also be informed that the Court will need to approve all final sales transactions upon motion by Mr. Mathur, such that no offer may be accepted unless the court issues its approval.

2. Mr. Mathur will hire a broker and firm that is not unacceptable to the SEC who (1) is unrelated to him personally; (2) has not previously done any work on behalf of AMR Realty or

on any project for which AMR Realty was the developer; and is unconnected to any persons involved in the underlying facts of this action.

3.      The proceeds will be deposited into the escrow account held at Rubin and Rudman LLP.

Mr. Mathur has already commissioned a fair market analysis of the property by an independent appraisal firm.  The appraisal report has already been submitted to the SEC.  Mr. Mathur now intends to employ a broker to list the property for sale and assign a listing price, with the approval of the SEC.  Upon receipt of any fair offer, Mr. Mathur will seek Court approval prior to consummating the sale.

Respectfully submitted,

| THE SECURITIES AND EXCHANGE COMMISSION, | AMIT MATHUR |
|---|---|
| by its attorneys | by his attorneys |
| /s/ R. Daniel O'Connor (NUH) | /s/ Nur-ul-Haq |
| R. Daniel O'Connor, BBO No. 634207 | Gary C. Crossen, BBO No. 106580 |
| oconnord@sec.gov | gcrossen@rubinrudman.com |
| Steven Y. Quintero, BBO No. 632079 | Nur-ul-Haq, BBO No. 647448 |
| quinteros@sec.gov | nurulhaq@rubinrudman.com |
| Risa A. King, BBO No. 648217 | Rubin and Rudman LLP |
| kingr@sec.gov | 50 Rowes Wharf |
| Securities and Exchange Commission | Boston, MA 02110 |
| 73 Tremont Street, Suite 600 | (617) 330-7000 |
| Boston MA 02108 | (617) 439-9556 (facsimile) |
| (617) 573-8900 | |
| (617) 424-5940 (facsimile) | |

Dated: October 21, 2005

651261_1