# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                          :
SECURITIES AND EXCHANGE COMMISSION, :
                                          :
            Plaintiff,                    :
                                          :
                  .                       :
                                          :
AMIT MATHUR, RAJEEV JOHAR,                :        CIVIL ACTION
and ENTRUST CAPITAL MANAGEMENT, INC. :            NO.:  05-cv-10729 MLW
                                          :
            Defendants,                   :
                                          :
            and                           :
                                          :
AMR REALTY, LLC                           :
                                          :
            Relief Defendant.             :
_____:


## SECURITIES AND EXCHANGE COMMISSION'S
## NOTICE OF CHANGE OF ADDRESS & FACSIMILE NUMBER

To the Clerk of this Court and all parties of record:

Please note that the Boston District Office of the Securities and Exchange Commission

has relocated.  The new address will be:

    33 Arch Street
    23rd floor
    Boston, MA 02110-1424

The new facsimile number will be 617-573-4590.  The telephone numbers will remain the same.

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION,

 /s/ R. Daniel O'Connor
R. Daniel O'Connor   (Mass. Bar No. 634207)
  Senior Trial Counsel
oconnord@sec.gov
Steven Y. Quintero    (Mass. Bar No. 632079)
  Assistant District Administrator
  quinteros@sec.gov
Risa A. King         (Mass. Bar No. 648217)
  Enforcement Attorney
  kingr@sec.gov
ATTORNEYS FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street
23rd Floor
Boston, MA 02110
(617) 573-8979
(617) 573-4590 (Facsimile)

Dated: March 7, 2006