UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff<br>v.<br><br>AMIT MATHUR and<br>ENTRUST CAPITAL MANAGEMENT, INC.,<br>    Defendants<br>and<br><br>AMR REALTY, LLC,<br><br>    Relief Defendant. | No. 05-CV-10729 MLW |

### MLW [PROPOSED] ORDER ALLOWING LIMITED RELIEF FROM ORDER OF PRELIMINARY INJUNCTION

This court upon Joint Motion of the plaintiff Securities and Exchange Commission ("SEC" or the "Commission"), the defendant Amit Mathur ("Mathur") hereby orders limited relief from the Order of Preliminary Injunction, entered April 19, 2005 as follows:

1.  Mathur, with approval of the SEC, may consummate the sale of the real estate located at 54 Colonial Drive, Shrewsbury, Massachusetts (the "Property"), pursuant to a written Offer to Purchase Real Estate, executed on April 9, 2006 (the "Offer"), for the purchase price of $882,500. The purchase of the Property is scheduled to close on June 12, 2006.

2.  Upon closing, the proceeds from the sale will be used to pay off an indebtedness secured by a mortgage on the Property in the amount of approximately $660,000, a commission of 6 % to Ramsgate Realty Associates, Mr. Mathur's real estate broker (to be split with the buyer's broker), and other reasonable closing costs not unacceptable to the SEC. The remainder will be deposited in an escrow account held at Mathur's law firm of Rubin & Rudman, LLP.

697947_1

3. No proceeds of the sale may be put to the use of Mathur personally, the defendant Entrust Capital Management, Inc., the relief defendant, AMR Realty, LLC, or any other person or entity related or affiliated with the defendants or relief defendant.

**IT IS SO ORDERED.**

**ENTERED THIS** 13th **DAY OF APRIL, 2006.**

_____
Mark L. Wolf, District Judge

697947_1