**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

SECURITIES AND EXCHANGE COMMISSION,

                        Plaintiff,

          v.

AMIT MATHUR, RAJEEV JOHAR,
and ENTRUST CAPITAL MANAGEMENT, INC.

                        Defendants.
             and
AMR REALTY, LLC

C.A. No. 05 CV 10729 MLW

**STATUS REPORT**

      Plaintiff Securities and Exchange Commission ("Commission") respectfully files this

status report to inform the Court of certain recent developments relating to this action.

Counsel for the Commission has reached an agreement in principle to settle claims in this action

against all of the defendants and the relief defendant in this matter.

      Under Commission practice, Commission counsel is not authorized to present the

proposed Final Judgments to this Court until the Commissioners formally approve the settlement.

Given the high volume of Commission business at this time, the approval process within the

Commission is likely to take approximately two months.

      During this interim period the parties have agreed to informally stay prosecution of the

case.  In the event that the settlement is not consummated, the parties will return to the Court to

set a revised schedule.

Respectfully submitted,

 /s/ R. Daniel O'Connor
R. Daniel O'Connor, Esq
(Mass.Bar. No. 634207)
Senior Trial Counsel
oconnord@sec.gov
Steven Y. Quintero, Esq.
(Mass. Bar No. 632079)
Branch Chief
quinteros@sec.gov
Risa A. King, Esq.
(Mass. Bar No. 648217)
Enforcement Attorney
kingr@sec.gov
Attorneys for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION
33 Arch Street
Boston, MA  02110
(617) 573-8973
(617) 573-4590 (facsimile)

May 22, 2006