UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff<br>v.<br><br>AMIT MATHUR and<br>ENTRUST CAPITAL MANAGEMENT, INC.,<br><br>    Defendants<br>and<br><br>AMR REALTY, LLC,<br><br>    Relief Defendant. | No.  05-CV-10729 MLW |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF NUR-UL-HAQ
FOR THE DEFENDANT AMIT MATUR AND THE RELIEF
<u>DEFENDANT AMR REALTY, LLC</u>**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please withdraw the appearance of Nur-ul-Haq and the law firm of Rubin and Rudman LLP in the above-captioned action as attorney for the Plaintiff.  Gary C. Crossen will remain as counsel of record for Mr. Mathur and AMR Realty, LLC in this matter and can be reached at the

715825_1

1

following address:

>Gary C. Crossen, Esquire
>430 Bedford Street, Suite 195
>Lexington, MA 02420
>Tel: 781-860-0031
>Fax: 781-861-0065
>e-mail: garyccrossen@verizon.net

>Respectfully submitted,
>**AMIT MATHUR and AMR REALTY, LLC**
>
>by their attorneys
>
>/s/ Nur-ul-Haq
>Nur-ul-Haq, BBO No. 647448
>nurulhaq@rubinrudman.com
>Rubin and Rudman LLP
>50 Rowes Wharf
>Boston, MA 02110
>Tel: (617) 330-7000
>Fax: (617) 330-7550

Dated: August 31, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 31, 2006.

>/s/ Nur-ul-Haq

715825_1                                    2