UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>AMIT MATHUR, RAJEEV JOHAR and ENTRUST CAPITAL MANAGEMENT, INC.,<br><br>Defendants<br><br>and<br><br>AMR REALTY, LLC<br><br>Relief Defendant | CIVIL ACTION NO.:<br>05-cv-10729-MLW |

**NOTICE OF CHANGE OF ADDRESS**

Counsel for Rajeev Johar hereby notices his change of address as of May 1, 2007 as follows:

Steven N. Fuller
Akerman Senterfitt LLP
350 East Las Olas Boulevard, Suite 1600
Fort Lauderdale, FL 33301
(954) 463-2700

Respectfully submitted
RAJEEV JOHAR
By his attorney,

/s/

Steven N. Fuller, Esq.
AKERMAN SENTERFITT LLP
Las Olas Centre II,
350 East Las Olas Blvd, Suite 1600
Fort Lauderdale, Florida 33301
(954) 463-2700
(954) 463-2224 Fax
Steven.Fuller@Akerman.com

Dated: April 27, 2007

CERTIFICATE OF SERVICE

I, Steven N. Fuller, do hereby certify that a within copy of Notice of Change of Address was served electronically upon Mark Booker, Esq., Burns & Levinson, LLP, 125 Summer Street, Boston, MA 02110 and Gary C. Crossen, Esq., Law Offices of Gary C. Crossen, 430 Bedford Street, Lexington, MA 02420 this 27th day of April 2007.

/s/

Steven N. Fuller