UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff<br><br>v.<br><br>AMIT MATHUR, RAJEEV JOHAR and ENTRUST CAPITAL MANAGEMENT, INC.,<br><br>               Defendants<br><br>and<br><br>AMR REALTY, LLC<br><br>               Relief Defendant | CIVIL ACTION NO.:<br>05-cv-10729-MLW |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF CHRISTINE VARGAS AND NIXON PEABODY LLP

Please enter the withdrawal of the Appearances of Christine Vargas and Nixon Peabody LLP as counsel for Defendant Rajeev Johar ("Mr. Johar").

Mr. Johar is presently represented by Steven N. Fuller of Akerman Senterfitt LLP, 350 East Las Olas Blvd., Suite 1600, Ft. Lauderdale, FL 33301, Tel: 954-463-2700, email: steven.fuller@akerman.com.

                                              Respectfully submitted,

                                              RAJEEV JOHAR
                                              By his attorneys,

                                              /s/ Christine Vargas
                                              Christine Vargas, BBO # 658916
                                              Nixon Peabody LLP
                                              100 Summer Street
                                              Boston, MA 02110
                                              (617) 345-1000

Dated: June 19, 2007

10610468.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above document was filed through the ECF system will be sent electronically to the participants identified on the Notice of Electronic Filing this 19th day of June, 2007.

                              /s/ Christine Vargas
                              Christine Vargas