UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : |
| Plaintiff, | : |
| v. | : CA. No. 05 CV 10729 MLW |
| **AMIT MATHUR, RAJEEV JOHAR, and ENTRUST CAPITAL MANAGEMENT, INC.** | : |
| Defendants, | : |
| and | : |
| **AMR REALTY, LLC** | : |
| Relief Defendant. | : |

### NOTICE OF WITHDRAWAL OF R. DANIEL O'CONNOR

Pursuant to Local Rule 85.5.2(c), R. Daniel O'Connor hereby withdraws as counsel for the Plaintiff Securities and Exchange Commission. Martin F. Healey will continue to represent the plaintiff in this matter.

By its attorneys,

 /s/ R. Daniel O'Connor
R. Daniel O'Connor (Mass. BBO# 634207)
 Senior Trial Counsel
 oconnord@sec.gov
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 23rd Floor
Boston, MA  02110
(617) 573-8979
(617) 573-4590 fax

Dated:  February 1, 2008

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that there are no non registered participants to whom service must be made.

      /s/ R. Daniel O'Connor
      R. Daniel O'Connor (BBO# 634207)